# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MARK MOOR,

    *Petitioner*,

vs.

JAMES BACA, *et al.*,

    *Respondents*.

3:10-cv-00401-ECR-RAM

ORDER

Following upon the notice (#12) of appearance by petitioner's counsel in this habeas matter,

IT IS ORDERED that the Federal Public Defender's Office is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B), with Ryan Norwood, Esq., appearing as petitioner's counsel of record.

IT FURTHER IS ORDERED that petitioner shall have until up to and including ninety (90) days (see #10, at 2, lines 20-22) from entry of this order within which to file an amended petition. The Court will screen any amended petition filed prior to ordering a response from respondents.

The Clerk shall send a copy of this order to the CJA Coordinator for this Division.

DATED this 14th day of March 2011.

_____
EDWARD C. REED
United States District Judge