# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARK MOOR, | |
| *Petitioner*, | 3:10-cv-00401-ECR-WGC |
| vs. | ORDER |
| JAMES BACA, *et al.*, | |
| *Respondents*. | |

Respondents' motions (## 18 & 24) for extension of time are GRANTED *nunc pro tunc*, in connection with the motion to dismiss and reply filed previously.

DATED:   February 21, 2012.

_____
EDWARD C. REED
United States District Judge